```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

MARK DENICO, ET AL.,

        Plaintiffs,
v.                                  Case No. 8:12-cv-2933-T-33EAJ

FLORIDA STATE FAIR AUTHORITY,
ET AL.,

        Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to the Eleventh Circuit's March 3, 2014, Order reinstating Plaintiffs' appeal and granting Plaintiffs permission to file their Civil Appeal Statement out of time. (Doc. # 73). The Court determines that it is appropriate to stay and administratively close this case during the pendency of the appeal. In so staying and administratively closing this case, this Court is mindful of its broad discretion over the manner in which it manages the cases before it, <u>Chrysler Int'l Corp. v. Chemaly</u>, 280 F.3d 1358, 1360 (11th Cir. 2002), and determines that a stay under the circumstances of this case will conserve the resources of the parties and the Court.

The parties are directed to advise the Court immediately upon the resolution of the appeal.

Accordingly, it is

**ORDERED, ADJUDGED**, and **DECREED** that:

1. This matter is hereby **STAYED** during the pendency of the appeal.

2. The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

3. The parties are directed to advise the Court immediately upon the resolution of the appeal.  When the appeal is resolved, the Court will return this case to active status.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>4th</u> day of March, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record